IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| C.S., by and through Danielle Goodwin her legal guardian and Guardian ad Litem | ) ) ) ) | C/A No.: 3:09-cv-03206-JFA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| United States of America, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The Court is in receipt of the joint "Motion to Amend First Amended Scheduling Order" and proposed "Second Amended Scheduling Order" filed August 4, 2010. This motion fails to comply with Local Rule 6.01, which outlines the information that a motion for extension is required to include. This Court hereby orders the parties' compliance with Local Rule 6.01.

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

August 5, 2010                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge